**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 2, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00763-CV

## IN RE 218 TRAVIS, LLC, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-23103**

## MEMORANDUM OPINION

On September 22, 2014, relator 218 Travis, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Mike Engelhart, presiding judge of the 151st District Court of Harris County, to vacate his September 17, 2014 order compelling relator to amend its response to real parties in interest's second request for production.

Relator amended its response to the second request for production prior to receiving our order granting its motion to stay. Therefore, relator's request for relief is now moot. Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction. We also lift our stay entered on September 22, 2014.

PER CURIAM

Panel consists of Chief Justice Frost and Boyce and Busby.